IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA M. YODER,<br>Plaintiff, | :<br>:<br>: |
| v. | : CIVIL ACTION NO. 18-CV-2693 |
| GOOD WILL STEAM FIRE ENGINE<br>COMPANY NO. 1, *et al.*,<br>Defendants. | :<br>:<br>: |

**ORDER**

AND NOW, this 12th day of July, 2018, upon consideration of Plaintiff Cynthia M. Yoder's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and her *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** in accordance with the Court's Memorandum. Yoder may not file an amended complaint in this case.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

JUAN R. SÁNCHEZ, J.